**Order entered May 6, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00064-CV

## JOHN VANN, Appellant

## V.

## LEVEL FOUR GROUP, LLC, ET AL., Appellees

### On Appeal from the 416th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 416-02965-2018

## ORDER

Before the Court is the parties' May 3, 2021 joint motion to file a supplemental reporter's record under seal. The parties state that the trial court has not entered a sealing order.[1] We **GRANT** the motion **only to the extent** as follows: the parties may file a paper copy of Exhibit C in an envelope labeled **"CONFIDENTIAL"** with the Court. We will temporarily seal Exhibit C for

---

[1] The docket sheet in the clerk's record reflects a motion to seal court records was filed on December 15, 2020.

**FORTY DAYS** to allow the parties to obtain an order from the trial court sealing the exhibit. *See* TEX. R. APP. P. 9.2(c)(3); TEX. R. CIV. P. 76a. Any sealing order must comply with the requirements set forth in rule 76a(6). *See* TEX. R. CIV. P. 76a(6).

The parties shall provide, within **forty days** of the date of this order, written verification whether the trial court signed a sealing order. If the trial court does not sign a sealing order within the time prescribed, the Court will vacate the portion of this order temporarily sealing Exhibit C.

If the trial court signs a sealing order, we **ORDER** Collin County District Court Lynne Finley to file, within **forty-five days** of the date of this order, a supplemental clerk's record containing the sealing order.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Andrea Thompson, Presiding Judge of the 416th Judicial District Court; Ms. Finley; and, the parties.

/s/     CRAIG SMITH
        JUSTICE